**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| WALLISSON PINHEIRO DOS SANTOS, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil No.: 2:26-cv-04758 |
| | : | |
| J.L. JAMISON, et al., | : | |
| Defendants. | : | |

**ORDER**

**AND NOW**, this 9th day of July, 2026, upon consideration of the Petition for Writ of Habeas Corpus (ECF No. 1); it appearing that Petition for Writ of Habeas Corpus in the matter of *Dos Santos v. Jamison et al*, 2:26-cv-04665 (ECF No. 1) has been granted via Court Order (ECF No. 7); and the instant action is duplicative;

**IT IS HEREBY ORDERED** that the Petition for Writ of Habeas Corpus (ECF No. 1) in the above captioned matter is **DISMISSED as moot**/duplicative;

**IT IS FURTHER ORDERED** that the Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge